# UNITED STATES DISTRICT COURT

**DISTRICT OF**    MASSACHUSETTS

UNITED STATES

V.

BILL DESSAPS

## EXHIBIT AND WITNESS LIST

Case Number: 24-CR-10009

| PRESIDING JUDGE<br>HON. A. KELLEY | PLAINTIFF'S ATTORNEY<br>CLEARY, HOLCOMB | DEFENDANT'S ATTORNEY<br>MCKINNON, WEISNER, WOO |
|---|---|---|
| TRIAL DATE (S)<br>9/8/2025 - 9/19/2025 | COURT REPORTER<br>L. WALSH | COURTROOM DEPUTY<br>M. LARA/J. LOVETT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 9/9/2025 |  |  | #1 Kandace Zelaya |
| 1 |  | 9/9/2025 | Y | Y | Wallace Ford - Cooperation Agreement |
| 2 |  | 9/9/2025 | Y | Y | Wallace Ford - Plea Agreement |
| 3 |  | 9/9/2025 | Y | Y | Richardson Rhau Cooperation Agreement |
| 4 |  | 9/9/2025 | Y | Y | Richardson Rhau plea agreement |
| 5 |  | 9/9/2025 | Y | Y | Verizon x1689 bills |
| 6 |  | 9/9/2025 | Y | Y | Verizon x4581 bills |
| 7 |  | 9/9/2025 | Y | Y | 2019 Form 940 Dege Services |
| 8 |  | 9/9/2025 | Y | Y | 2020 Form 941 Dege Services (1st Qtr) |
| 9 |  | 9/9/2025 | Y | Y | PPP Loan App Template for 940 filers |
| 10 |  | 9/9/2025 | Y | Y | PPP Loan Application Addendum Dege Services |
| 11 |  | 9/9/2025 | Y | Y | PPP Loan Application Dege Services |
| 12 |  | 9/9/2025 | Y | Y | Promisory Note April 2020 Dege Services (w-econsent) |
| 13 |  | 9/9/2025 | Y | Y | BD00015-30 |
| 14 |  | 9/9/2025 | Y | Y | PPP-Borrower-Application-Form (May and June 2020) |
| 15 |  | 9/9/2025 | Y | Y | PPP-Second-Draw-Borrower-Application-Form (March 2021) |
|  |  | 9/9/2025 |  |  | #2 Jessica Lussier |
| 16 |  | 9/9/2025 | Y | Y | TD Bank SBA PPP loan app |
| 17 |  | 9/9/2025 | Y | Y | TD Bank x8780 files |
| 18 |  | 9/9/2025 | Y | Y | TD Bank x6273 acct |
| 19 |  | 9/9/2025 | Y | Y | TD Bank Business Resolution |
|  |  | 9/9/2025 |  |  | #3 Richardson Rhau |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | vs. | | BILL DESSAPS | CASE NO. 24-CR-10009 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | 9/9/2025 | Y | Y | ABC Tech Checks to Palm Beach |
| | | 9/10/2025 | | | #4 Spencer Lord |
| 21 | | 9/10/2025 | Y | Y | Cross River Bank files |
| | | 9/10/2025 | | | #5 Wallace Ford |
| 22 | | 9/10/2025 | Y | Y | Email from Addy Pierre to Erin Ford re Bill $$$$ |
| 23 | | 9/10/2025 | Y | Y | Palm Beach Text Savvy checks |
| 24 | | 9/10/2025 | Y | Y | Email from Erin Ford to Addy Pierre re Commission Receipt |
| 25 | | 9/10/2025 | Y | Y | Email from Erin Ford to ADdy Pierre re spread sheet |
| 26 | | 9/10/2025 | Y | Y | Email from Erin Ford to Addy Pierre re Approved |
| | 27 | 9/10/2025 | Y | Y | Billy App 7930777305 Borrows Application |
| | 28 | 9/10/2025 | Y | Y | Virtual Services 4256967808 - Borrows Application |
| | 29 | 9/10/2025 | Y | Y | USAO-PPP-084998 |
| | 30 | 9/10/2025 | Y | Y | USAO-PPP-085438 |
| | 31 | 9/10/2025 | Y | Y | Email Fwd We need your help to verify your info |
| | | 9/10/2025 | | | #6 Christelle Joseph |
| 32 | | 9/18/2025 | Y | Y | ABC Tech Squad Selected Checks TD Bank x1437 |
| | | 9/11/2025 | | | #7 Tiana St. Pierre |
| 33 | | 9/11/2025 | Y | Y | Peoples Home Loan employment verification**CO |
| | | 9/11/2025 | | | #8 Jarod DiSanto |
| 34 | | 9/11/2025 | Y | Y | Peoples Home Loan Email re 1195 South St, Bridgewater, MA 02324 |
| 35 | | 9/11/2025 | Y | Y | Peoples Home Loan Sylvan offer |
| 36 | | 9/11/2025 | Y | Y | Peoples Home LoanEmail offers to Tucker on July 25_2020_21 Justin Dr |
| 37 | | 9/11/2025 | Y | Y | Peoples Home Loan Purchase and Sale Agreement |
| 38 | | 9/11/2025 | Y | Y | Peoples Home Loan Initial Mortgage Application on August 17 2020 |
| 39 | | 9/11/2025 | Y | Y | Peoples Home Loan Dessaps docusign receipt |
| 40 | | 9/11/2025 | Y | Y | Peoples Home Loan 1040X cover email Aug 17 2020 |
| 41 | | 9/11/2025 | Y | Y | Peoples Home Loan Maldonado email to PHL_Fwd_ dessaps paystub job2 |

| UNITED STATES | | vs. | | | BILL DESSAPS | CASE NO. 24-CR-10009 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 42 | | 9/11/2025 | Y | Y | Peoples Home Loan Sept 17-bonus check | |
| 43 | | 9/11/2025 | Y | Y | Peoples Home Loan Sept 16- bank stmts | |
| 44 | | 9/11/2025 | Y | Y | Peoples Home Loan Re_ dessaps bk statements | |
| 45 | | 9/11/2025 | Y | Y | Peoples Home Loan Sept 17-gift letter | |
| 46 | | 9/11/2025 | Y | Y | Peoples Home Loan Bill just wants it badly_EMAIL_Re_ DESSAPS DEAL | |
| 47 | | 9/11/2025 | Y | Y | Peoples Home Loan Home Equity (Quorum) | |
| 48 | | 9/11/2025 | Y | Y | Peoples Home Loan Lease Remos | |
| 49 | | 9/11/2025 | Y | Y | Peoples Home Loan Oct 7- working on getting | |
| 50 | | 9/11/2025 | Y | Y | Peoples Home Loan Oct 9-gift letter | |
| 51 | | 9/11/2025 | Y | Y | Peoples Home Loan Oct 9- BOA Sept | |
| | 52 | 9/11/2025 | Y | Y | Peoples Home Loan Sept 1- Structure | |
| | 53 | 9/11/2025 | Y | Y | Peoples Home Loan Oct 1- second loan status | |
| | | 9/11/2025 | Y | Y | #9 Marilee Rosa | |
| 54 | | 9/11/2025 | Y | Y | Bank of America Marilee Rosa x7580 & x2272 statements | |
| | | 9/11/2025 | Y | Y | #10 Yvonne Williams | |
| 55 | | 9/11/2025 | Y | Y | Home Point Financial Loan File 7000691628 | |
| | | 9/16/2005 | Y | Y | #11 Rodson Cesar | |
| 56 | | 9/16/2025 | Y | Y | PPP Loan First Draw | |
| 57 | | 9/16/2025 | Y | Y | Text Messages | |
| 58 | | 9/16/2025 | Y | Y | PPP Loan Second Draw Application | |
| 59 | | 9/16/2025 | Y | Y | ABC Tech Squad Form 940 | |
| 60 | | 9/16/2025 | Y | Y | Bill Dessaps Tax Forms | |
| 61 | | 9/16/2025 | Y | Y | Lins Accounting records | |
| 62 | | 9/16/2025 | Y | Y | ABC Tech Squad Eastern Bank March 2021 PPP Loan Application | |
| | | 9/16/2025 | Y | Y | #12 Kris Puskar | |
| 63 | | 9/16/2025 | Y | Y | ABC Tech Squad Eastern Bank May 2020 PPP Loan Application | |
| | | 9/16/2025 | Y | Y | #13 Alina Cleverly | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | UNITED STATES | vs. | | BILL DESSAPS | CASE NO. 24-CR-10009 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 64 | | 9/16/2025 | Y | Y | Dessaps Alexandre and Rhau Phone Chart | |
| 65 | | 9/16/2025 | Y | Y | Resolute Commercial pages | |
| 66 | | 9/16/2025 | Y | Y | Docusign Resolute page | |
| 67 | | 9/16/2025 | Y | Y | Resolute Commercial Services IPHist | |
| 68 | | 9/16/2025 | Y | Y | Bank of America Family Financial Auto x3702 Statements | |
| 69 | | 9/16/2025 | Y | Y | Maldonado Dessaps Phone Chart | |
| 70 | | 9/16/2025 | Y | Y | hovabill@yahoo Subscriber Info. | |
| 71 | | 9/17/2025 | Y | Y | abctechsquad Google Subscriber Info. | |
| 72 | | 9/17/2025 | Y | Y | SBA Records Loan Application Number 3301450413 | |
| 73 | | 9/17/2025 | Y | Y | Vehicle Records Chart | |
| 74 | | 9/17/2025 | Y | Y | BMW X5 VIN x182 | |
| 75 | | 9/17/2025 | Y | Y | Mass Sec of State Certified Records | |
| 76 | | 9/17/2025 | Y | Y | Mass SoC records summary (ABC Tech Squad) | |
| 77 | | 9/17/2025 | Y | Y | Exterior Photos of Home Listing | |
| 78 | | 9/17/2025 | Y | Y | 21 Justin Drive photos (scan) | |
| 79 | | 9/17/2025 | Y | Y | 21 Justin Drive Kabbage PPP Application (scan) | |
| 80 | | 9/17/2025 | Y | Y | 21 Justin Drive Kabbage PPP & Tax Documents (scan) | |
| 81 | | 9/17/2025 | Y | Y | 21 Justin Drive Closing Docs Folder (scan) | |
| 82 | | 9/17/2025 | Y | Y | 21 Justin Drive Eastern Bank 2nd Draw PPP (scan) | |
| 83 | | 9/17/2025 | Y | Y | 21 Justin Drive PPP Folder (scan) | |
| 84 | | 9/17/2025 | Y | Y | 21 Justin Drive-Kabbage Application and Payroll Return (scan) | |
| 85` | | 9/17/2025 | Y | Y | Photos of Rolls Royce | |
| 86 | | 9/17/2025 | Y | Y | Rolls Royce Summary Chart | |
| 87 | | 9/17/2025 | Y | Y | bdessaps76 Google Subscriber Info | |
| | | 9/17/2025 | Y | Y | #14 Colleen Ranahan | |
| 88 | | 9/17/2025 | | | Chart of All Bank Accounts | |
| 89 | | 9/17/2025 | Y | Y | Net Profit Through March 2020 | |

| | | | | | |
|---|---|---|---|---|---|
| AO 187A (Rev. 7/87) | | | **EXHIBIT AND WITNESS LIST – CONTINUATION** | | |

| | UNITED STATES | | vs. | BILL DESSAPS | CASE NO. 24-CR-10009 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 90 | | 9/17/2025 | Y | Y | Expense Line Graph |
| 91 | | 9/17/2025 | Y | Y | Inventory Expense Costs |
| 92 | | 9/17/2025 | Y | Y | ABC Tech Bank Summary |
| 93 | | 9/17/2025 | Y | Y | Payroll Table ABC Tech_2 |
| 94 | | 9/17/2025 | Y | Y | Payroll 2019 - 2020 |
| 95 | | 9/17/2025 | Y | Y | ABC Tech Squad Eastern Bank x9096 Dep Statements |
| 96 | | 9/17/2025 | Y | Y | Table of ABC Tech Payments - PBCH |
| 97 | | 9/18/2025 | Y | Y | ABC Tech Squad Eastern Bank x9096 checks |
| 98 | | 9/18/2025 | Y | Y | TD Bank x1437 files |
| 99 | | 9/18/2025 | Y | Y | Pymts from ABC to KD,CD,FFAS |
| 100 | | 9/18/2025 | Y | Y | Pymts from ABC to RD |
| 101 | | 9/18/2025 | Y | Y | Table of ABC Tech Payments - Retail Over $500 |
| 102 | | 9/18/2025 | Y | Y | Bank of America HCL Capital x3413 deposits |
| 103 | | 9/18/2025 | Y | Y | Tracing of PPP Funds to House Payments |
| 104 | | 9/18/2025 | Y | Y | Roberte Dessaps Eastern Bank x7638 Eastern Bank checks withdrawals |
| 105 | | 9/18/2025 | Y | Y | TD Bank x1937 files |
| 106 | | 9/18/2025 | Y | Y | 173d_TD Bank New Business Account x2039 |
| 107 | | 9/18/2025 | Y | Y | Bank of America Family Financial Auto x3702 Statements |
| 108 | | 9/18/2025 | Y | Y | Roberte Dessaps Eastern Bank x7638 Eastern Bank Roberte checks |
| 109 | | 9/18/2025 | Y | Y | ABC Tech Squad Eastern Bank x9096 wires |
| 110 | | 9/18/2025 | Y | Y | Roberte Dessaps Eastern Bank x7638 Eastern Bank Roberte results report |
| 111 | | 9/18/2025 | Y | Y | RD_BD Bank Summary_Payroll |
| 112 | | 9/18/2025 | Y | Y | RD Bank Summary_Payroll_With DCU |
| 113 | | 9/18/2025 | Y | Y | DCU Roberte Dessaps x7835 Transaction History checking 2 |
| | 114 | 9/18/2025 | Y | Y | Kinetic Records |
| | 115 | 9/18/2025 | Y | Y | AFC and NextGear Files Responsive Docs |